**EXHIBIT A**

A-Shell Print Capture
Taken: Tuesday, September 22, 2026 11:35:33 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

Account Inquiry - BUTLER
# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 217568 | 45 | INVC | 06/09/25 | 2,008.14 | 0.00 | 2,008.14 | 217568 | 463 | 2,008.14 |
| 217628 | 45 | INVC | 06/13/25 | 7,965.23 | 203.06 | 8,168.29 | 217628 | 459 | 10,176.43 |
| 217629 | 45 | INVC | 06/13/25 | 32.77 | 2.29 | 35.06 | 217629 | 459 | 10,211.49 |
| 217643 | 45 | INVC | 06/16/25 | 37.10 | 2.59 | 39.69 | 217643 | 456 | 10,251.18 |
| 217644 | 45 | INVC | 06/16/25 | 1,025.48 | 36.14 | 1,061.62 | 217644 | 456 | 11,312.80 |
| 217681 | 45 | INVC | 06/19/25 | 4,294.92 | 149.12 | 4,444.04 | 217681 | 453 | 15,756.84 |
| 217734 | 45 | INVC | 06/25/25 | 599.14 | 7.04 | 606.18 | 217734 | 447 | 16,363.02 |
| 217735 | 45 | INVC | 06/25/25 | 146.17 | 3.26 | 149.43 | 217735 | 447 | 16,512.45 |
| 217737 | 45 | INVC | 06/25/25 | 16.70 | 1.17 | 17.87 | 217737 | 447 | 16,530.32 |
| 217752 | 45 | INVC | 06/26/25 | 9,602.05 | 157.18 | 9,759.23 | 217752 | 446 | 26,289.55 |
| 217771 | 45 | INVC | 06/27/25 | 796.10 | 16.73 | 812.83 | 217771 | 445 | 27,102.38 |
| 217809 | 45 | INVC | 07/02/25 | 6,644.79 | 221.50 | 6,866.29 | 217809 | 440 | 33,968.67 |
| 217810 | 45 | INVC | 07/02/25 | 397.98 | 19.06 | 417.04 | 217810 | 440 | 34,385.71 |
| 217814 | 45 | INVC | 07/02/25 | 498.50 | 0.00 | 498.50 | 217814 | 440 | 34,884.21 |
| 217853 | 45 | INVC | 07/08/25 | 1,079.85 | 0.00 | 1,079.85 | 217853 | 434 | 35,964.06 |
| 217854 | 45 | INVC | 07/08/25 | 229.00 | 0.00 | 229.00 | 217854 | 434 | 36,193.06 |

Return For Next Screen - Backspace To End .

A-Shell Print Capture
Taken: Tuesday, September 22, 2026 11:35:48 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

Account Inquiry - BUTLER
# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 217855 | 45 | INVC | 07/08/25 | 1,095.09 | 13.85 | 1,108.94 | 217855 | 434 | 37,302.00 |
| 217856 | 45 | INVC | 07/08/25 | 297.21 | 20.81 | 318.02 | 217856 | 434 | 37,620.02 |
| 217857 | 45 | INVC | 07/08/25 | 592.22 | 41.46 | 633.68 | 217857 | 434 | 38,253.70 |
| 217888 | 45 | INVC | 07/11/25 | 10,062.47 | 200.94 | 10,263.41 | 217888 | 431 | 48,517.11 |
| 217889 | 45 | INVC | 07/11/25 | 375.58 | 3.56 | 379.14 | 217889 | 431 | 48,896.25 |
| 217890 | 45 | INVC | 07/11/25 | 114.50 | 0.00 | 114.50 | 217890 | 431 | 49,010.75 |
| 217925 | 45 | INVC | 07/16/25 | 5,050.12 | 155.99 | 5,206.11 | 217925 | 426 | 54,216.86 |
| 217936 | 45 | INVC | 07/17/25 | 1,277.00 | 0.00 | 1,277.00 | 217936 | 425 | 55,493.86 |
| 218017 | 45 | INVC | 07/23/25 | 171.08 | 11.97 | 183.05 | 218017 | 419 | 55,676.91 |
| 218027 | 45 | INVC | 07/24/25 | 256.30 | 0.00 | 256.30 | 218027 | 418 | 55,933.21 |
| 218029 | 45 | INVC | 07/24/25 | 206.20 | 0.00 | 206.20 | 218029 | 418 | 56,139.41 |
| 218030 | 45 | INVC | 07/24/25 | 465.55 | 9.78 | 475.33 | 218030 | 418 | 56,614.74 |
| 218031 | 45 | INVC | 07/24/25 | 566.93 | 4.79 | 571.72 | 218031 | 418 | 57,186.46 |
| 218032 | 45 | INVC | 07/24/25 | 179.33 | 12.55 | 191.88 | 218032 | 418 | 57,378.34 |
| 218033 | 45 | INVC | 07/24/25 | 109.40 | 0.00 | 109.40 | 218033 | 418 | 57,487.74 |
| 218052 | 45 | INVC | 07/25/25 | 246.55 | 0.00 | 246.55 | 218052 | 417 | 57,734.29 |

Return-Next Screen, Backspace-End, B-Prior Screen .

A-Shell Print Capture
Taken: Tuesday, September 22, 2026 11:36:01 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

Account Inquiry - BUTLER
# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 218053 | 45 | INVC | 07/25/25 | 592.70 | 0.00 | 592.70 | 218053 | 417 | 58,326.99 |
| 218054 | 45 | INVC | 07/25/25 | 593.83 | 41.56 | 635.39 | 218054 | 417 | 58,962.38 |
| 218055 | 45 | INVC | 07/25/25 | 77.61 | 5.43 | 83.04 | 218055 | 417 | 59,045.42 |
| 218056 | 45 | INVC | 07/25/25 | 7,312.71 | 199.75 | 7,512.46 | 218056 | 417 | 66,557.88 |
| 218064 | 45 | INVC | 07/28/25 | 20.41 | 1.43 | 21.84 | 218064 | 414 | 66,579.72 |
| 218098 | 45 | INVC | 07/31/25 | 4,625.09 | 98.23 | 4,723.32 | 218098 | 411 | 71,303.04 |
| 218119 | 45 | INVC | 08/01/25 | 1,057.40 | 0.00 | 1,057.40 | 218119 | 411 | 72,360.44 |
| 218120 | 45 | INVC | 08/01/25 | 319.03 | 4.27 | 323.30 | 218120 | 411 | 72,683.74 |
| 218121 | 45 | INVC | 08/01/25 | 1,057.40 | 0.00 | 1,057.40 | 218121 | 411 | 73,741.14 |
| 218122 | 45 | INVC | 08/01/25 | 311.15 | 3.27 | 314.42 | 218122 | 411 | 74,055.56 |
| 218205 | 45 | INVC | 08/08/25 | 1,665.23 | 6.82 | 1,672.05 | 218205 | 404 | 75,727.61 |
| 218206 | 45 | INVC | 08/08/25 | 66.89 | 4.68 | 71.57 | 218206 | 404 | 75,799.18 |
| 218207 | 45 | INVC | 08/08/25 | 319.11 | 10.45 | 329.56 | 218207 | 404 | 76,128.74 |
| 218208 | 45 | INVC | 08/08/25 | 236.60 | 0.00 | 236.60 | 218208 | 404 | 76,365.34 |
| 218209 | 45 | INVC | 08/08/25 | 4,552.69 | 156.42 | 4,709.11 | 218209 | 404 | 81,074.45 |
| 218277 | 45 | INVC | 08/15/25 | 171.08 | 11.97 | 183.05 | 218277 | 397 | 81,257.50 |

Return-Next Screen, Backspace-End, B-Prior Screen .

A-Shell Print Capture
Taken: Tuesday, September 22, 2026 11:36:14 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

Account Inquiry - BUTLER

# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 218278 | 45 | INVC | 08/15/25 | 273.72 | 19.16 | 292.88 | 218278 | 397 | 81,550.38 |
| 218282 | 45 | INVC | 08/15/25 | 43.60 | 3.05 | 46.65 | 218282 | 397 | 81,597.03 |
| 218287 | 45 | INVC | 08/15/25 | 221.03 | 15.47 | 236.50 | 218287 | 397 | 81,833.53 |
| 218290 | 45 | INVC | 08/15/25 | 9,779.20 | 148.98 | 9,928.18 | 218290 | 397 | 91,761.71 |
| 218291 | 45 | INVC | 08/15/25 | 37.10 | 2.59 | 39.69 | 218291 | 397 | 91,801.40 |
| 218343 | 45 | INVC | 08/21/25 | 61.08 | 4.27 | 65.35 | 218343 | 391 | 91,866.75 |
| 218345 | 45 | INVC | 08/21/25 | 183.25 | 12.83 | 196.08 | 218345 | 391 | 92,062.83 |
| 218346 | 45 | INVC | 08/21/25 | 10.90 | 0.76 | 11.66 | 218346 | 391 | 92,074.49 |
| 218347 | 45 | INVC | 08/21/25 | 510.40 | 0.00 | 510.40 | 218347 | 391 | 92,584.89 |
| 218349 | 45 | INVC | 08/21/25 | 5,206.03 | 104.98 | 5,311.01 | 218349 | 391 | 97,895.90 |
| 218361 | 45 | INVC | 08/21/25 | 30.54 | 2.14 | 32.68 | 218361 | 391 | 97,928.58 |
| 218362 | 45 | INVC | 08/21/25 | 157.73 | 0.00 | 157.73 | 218362 | 391 | 98,086.31 |
| 218363 | 45 | INVC | 08/21/25 | 82.06 | 5.74 | 87.80 | 218363 | 391 | 98,174.11 |
| 218364 | 45 | INVC | 08/21/25 | 66.89 | 4.68 | 71.57 | 218364 | 391 | 98,245.68 |
| 218365 | 45 | INVC | 08/21/25 | 198.34 | 13.88 | 212.22 | 218365 | 391 | 98,457.90 |
| 218360 | 45 | CRDT | 08/21/25 | 938.27- | 65.68- | 1,003.95- | 218360 | 391 | 97,453.95 |

Return-Next Screen, Backspace-End, B-Prior Screen .

A-Shell PrintCapture
Taken: Tuesday, September 22, 2026 11:36:26 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

Account Inquiry - BUTLER

# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 218437 | 45 | INVC | 08/29/25 | 29.30 | 2.05 | 31.35 | 218437 | 383 | 97,485.30 |
| 218438 | 45 | INVC | 08/29/25 | 152.71 | 10.69 | 163.40 | 218438 | 383 | 97,648.70 |
| 218439 | 45 | INVC | 08/29/25 | 9,796.14 | 292.95 | 10,089.09 | 218439 | 383 | 107,737.79 |
| 218500 | 45 | INVC | 09/05/25 | 843.20 | 0.00 | 843.20 | 218500 | 377 | 108,580.99 |
| 218548 | 45 | INVC | 09/11/25 | 7,983.34 | 204.13 | 8,187.47 | 218548 | 371 | 116,768.46 |
| 218625 | 45 | INVC | 09/18/25 | 123.09 | 8.61 | 131.70 | 218625 | 364 | 116,900.16 |
| 218626 | 45 | INVC | 09/18/25 | 27.51 | 1.93 | 29.44 | 218626 | 364 | 116,929.60 |
| 218627 | 45 | INVC | 09/18/25 | 1,470.74 | 10.33 | 1,481.07 | 218627 | 364 | 118,410.67 |
| 218628 | 45 | INVC | 09/18/25 | 100.34 | 7.02 | 107.36 | 218628 | 364 | 118,518.03 |
| 218631 | 45 | INVC | 09/18/25 | 5,557.71 | 129.48 | 5,687.19 | 218631 | 364 | 124,205.22 |
| 218640 | 45 | INVC | 09/18/25 | 49.77 | 3.48 | 53.25 | 218640 | 364 | 124,258.47 |
| 218679 | 45 | CRDT | 09/23/25 | 154.65- | 0.00 | 154.65- | 218679 | 359 | 124,103.82 |
| 218715 | 45 | INVC | 09/25/25 | 26.22 | 1.84 | 28.06 | 218715 | 357 | 124,131.88 |
| 218716 | 45 | INVC | 09/25/25 | 841.58 | 58.91 | 900.49 | 218716 | 357 | 125,032.37 |
| 218717 | 45 | INVC | 09/25/25 | 5,368.65 | 241.41 | 5,610.06 | 218717 | 357 | 130,642.43 |
| 218722 | 45 | INVC | 09/25/25 | 510.40 | 0.00 | 510.40 | 218722 | 357 | 131,152.83 |

Return-Next Screen, Backspace-End, B-Prior Screen .

A-Shell Print Capture
Taken: Tuesday, September 22, 2026 11:36:38 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

Account Inquiry - BUTLER
\# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 218765 | 45 | INVC | 10/01/25 | 105.40 | 0.00 | 105.40 | 218765 | 351 | 131,258.23 |
| 218766 | 45 | INVC | 10/01/25 | 789.45 | 7.05 | 796.50 | 218766 | 351 | 132,054.73 |
| 218767 | 45 | INVC | 10/01/25 | 594.51 | 5.89 | 600.40 | 218767 | 351 | 132,655.13 |
| 218800 | 45 | INVC | 10/03/25 | 78.87 | 0.00 | 78.87 | 218800 | 349 | 132,734.00 |
| 218801 | 45 | INVC | 10/03/25 | 316.20 | 0.00 | 316.20 | 218801 | 349 | 133,050.20 |
| 218802 | 45 | INVC | 10/03/25 | 396.56 | 13.16 | 409.72 | 218802 | 349 | 133,459.92 |
| 218803 | 45 | INVC | 10/03/25 | 14.13 | 0.99 | 15.12 | 218803 | 349 | 133,475.04 |
| 218804 | 45 | INVC | 10/03/25 | 23.55 | 1.65 | 25.20 | 218804 | 349 | 133,500.24 |
| 218805 | 45 | INVC | 10/03/25 | 6,726.44 | 163.24 | 6,889.68 | 218805 | 349 | 140,389.92 |
| 218848 | 45 | INVC | 10/09/25 | 5,022.06 | 152.69 | 5,174.75 | 218848 | 343 | 145,564.67 |
| 218856 | 45 | INVC | 10/09/25 | 64.68 | 4.53 | 69.21 | 218856 | 343 | 145,633.88 |
| 218857 | 45 | INVC | 10/09/25 | 64.68 | 4.53 | 69.21 | 218857 | 343 | 145,703.09 |
| 218898 | 45 | INVC | 10/14/25 | 97.02 | 6.79 | 103.81 | 218898 | 338 | 145,806.90 |
| 218899 | 45 | INVC | 10/14/25 | 103.10 | 0.00 | 103.10 | 218899 | 338 | 145,910.00 |
| 218919 | 45 | CRDT | 10/15/25 | 103.10- | 0.00 | 103.10- | 218919 | 337 | 145,806.90 |
| 218920 | 45 | CRDT | 10/15/25 | 97.02- | 6.79- | 103.81- | 218920 | 337 | 145,703.09 |

Return-Next Screen, Backspace-End, B-Prior Screen .

A-Shell Print Capture

Taken: Tuesday, September 22, 2026 11:38:09 AM by palermoda on API-BUTLER-055:01
Site: Autobody Products Inc.
A-Shell (server): 6.4.1555.2
ATE: 6.4.1554.0
Program: ACTINQ 19.7M(4018)

ATE connection to datatron
File Edit Settings Help

Account Inquiry - BUTLER
# 45853 RAIN DROP PRODUCTS, LLC 419-207-1229

| Doc-# | Log | Type | Date | Amount | Tax/Disc | Total-Amt | Apply-To | Age | Running Total |
|---|---|---|---|---|---|---|---|---|---|
| 218994 | 45 | INVC | 10/23/25 | 6,081.24 | 248.10 | 6,329.34 | 218994 | 329 | 152,032.43 |
| 219005 | 45 | INVC | 10/23/25 | 186.55 | 13.06 | 199.61 | 219005 | 329 | 152,232.04 |
| 219093 | 45 | INVC | 10/31/25 | 32.34 | 2.26 | 34.60 | 219093 | 321 | 152,266.64 |
| 219096 | 45 | INVC | 10/31/25 | 21,293.33 | 194.87 | 21,488.20 | 219096 | 321 | 173,754.84 |
| 219091 | 45 | CRDT | 10/31/25 | 15,602.70- | 0.00 | 15,602.70- | 219091 | 321 | 158,152.14 |
| 039705 | 47 | PAYM | 11/01/25 | 382.32- | 0.00 | 382.32- | 217568 | 463 | 157,769.82 |
| 219131 | 45 | INVC | 11/06/25 | 9,826.81 | 92.46 | 9,919.27 | 219131 | 316 | 167,689.09 |
| 219197 | 45 | INVC | 11/13/25 | 308.20 | 15.58 | 323.78 | 219197 | 309 | 168,012.87 |
| 219198 | 45 | INVC | 11/13/25 | 5,438.41 | 177.50 | 5,615.91 | 219198 | 309 | 173,628.78 |
| 219230 | 45 | INVC | 11/18/25 | 51.05 | 3.57 | 54.62 | 219230 | 304 | 173,683.40 |
| 219231 | 45 | INVC | 11/18/25 | 86.10 | 6.02 | 92.12 | 219231 | 304 | 173,775.52 |
| 219232 | 45 | INVC | 11/18/25 | 787.74 | 8.38 | 796.12 | 219232 | 304 | 174,571.64 |